OPINION — AG — **** COUNTY FAIRS — STUDENT PARTICIPATION **** STUDENTS ATTENDING WOODS COUNTY SCHOOL DISTRICT NO. I-25, BUT WHO RESIDE AND ATTEND SCHOOL IN ALFALFA COUNTY ARE ELIGIBLE TO PARTICIPATE AS EXHIBITORS COMPETING FOR PRIZES AND AWARDS AT THE COUNTY FAIRS OF BOTH ALFALFA COUNTY AND WOODS COUNTY, UNDER 20 O.S. 1961 997 [20-997]. CITE: 2 O.S. 1961 99 [2-99] DALE F. CROWDER ** SEE OPINION NO. 91-563 (1991)